# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**CHARLENE E. CHATTAMS,**

    Plaintiff,

           **CASE NO.    3:09-CV-187**

**-vs-**

           **District Judge Timothy S. Black**

**POSTMASTER GENERAL JOHN E. POTTER,**

    Defendant.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Court **GRANTS** Defendant's Motion for Summary Judgement (Doc. 24) and the case is **TERMINATED.**

Date:   October 31, 2011                      **JAMES BONINI, CLERK**

                                                       By: s/ M. Rogers
                                                       Deputy Clerk